UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-17653-BKC-RAM
CHAPTER 13

IN RE:
YODIOSMAY GONZALEZ
and SANDRA M. GONZALEZ
    Debtors
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS

MICHAEL A. FRANK, as counsel for the Debtors, YODIOSMAY and SANDRA GONZALEZ, move this Honorable Court for an Order granting his Motion to Withdraw as Counsel for the Debtor, and state:

1.    Irreconcilable differences have arisen between the undersigned and the Debtors, Yodiosmay and Sandra Gonzalez.

2.    The Debtors have failed to provide requested documents and are generally uncooperative.

WHEREFORE, undersigned requests this Honorable Court to enter an Order Withdrawing as Counsel for the Debtors.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com all others set forth in the NEF, this 17th day of November 2015 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Yodiosmay and Sandra Gonzalez, Debtors, 9410 Southwest 60th Terrace, Miami, FL 33173 and to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
&amp; RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone   (305) 443-4217
Facsimile   (305) 443-3219
Email- Pleadings@bkclawmimai.com

By  /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075