UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-17653-BKC-RAM
CHAPTER 13

IN RE:
YODIOSMAY GONZALEZ
and SANDRA M. GONZALEZ,
    Debtors.
_____/

### CERTIFICATE OF SERVICE OF DEBTORS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND NOTICE OF HEARING AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of the above referenced Motion and Notice of Hearing thereon were served via electronic mail to those set forth in the NEF and was sent via U.S. Mail to Yodiosmay and Sandra Gonzalez, Debtors, 9410 Southwest 60th Terrace, Miami, FL 33173 and to all creditors this 17th day of November of 2015.

**I FURTHER CERTIFY** that I have contacted opposing counsel in an attempt to resolve these issues without a hearing.

DATED:  November 17, 2015

    Attorney for the Debtor
    10 NW LeJeune Rd., Suite 620
    Miami, Florida 33126
    Telephone : (305) 443-4217
    Facsimile: (305) 443-3219
    Email- Pleadings@bkclawmiami.com

    _____s/_____
    Michael A. Frank
    Florida Bar No. 339075