UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-17653-BKC-RAM
CHAPTER 13

IN RE:

YODIOSMAY GONZALEZ
and SANDRA M. GONZALEZ,
    Debtors.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS**

    MICHAEL A. FRANK, Attorney for the Debtors, hereby files this Notice of Withdrawal of Motion to Withdrawal as Counsel for the Debtors, [ECF 88].

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)and that a true and correct copy of this Notice of Withdrawal was sent by email to: Nancy Neidich, Trustee at e2c8f01@ch13herkert.com and all others set forth in the NEF and by regular mail to: Yodiosmay and Sandra Gonzalez, Debtors, 9410 Southwest 60th Terrace, Miami, FL 33173 and to all creditors, this 10th day of December 2015.

    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
      & RODOLFO H. DE LA GUARDIA, JR.
    Attorneys for the Debtor(s)
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Facsimile (305) 443-3219
    Email- Pleadings@bkclawmiami.com

By /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075